**CHAD M. LEWIN**
California Bar No. 187338
12711 Ventura Blvd., Suite 410
Los Angeles, CA 91604
Telephone: (310) 442-5505

Attorney for Defendant
THEODORE WILFRED GYI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 19-CR-04488-JLS |
| Plaintiff, ) | |
| v. ) | |
| THEODORE WILFRED GYI, ) | ACKNOWLEDGMENT OF |
| Defendant. ) | NEXT COURT DATE |

I, Theodore Wilfred Gyi, hereby acknowledge my obligation to appear before the Honorable Janis L. Sammartino, Judge of the United States District Court, for a Status/Motion/Trial Setting Hearing on Tuesday, May 26, 2020 at 2:00 P.M.

DATED: 5/12/20

_____
Theodore Wilfred Gyi

19CR04488-JLS